**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SECURE AXCESS, L.L.C., § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Case No.: 6:15-cv-00208-RWS-KNM | |
| § | | |
| HP ENTERPRISE SERVICES, LLC § | JURY TRIAL DEMANDED | |
| *Defendant*. § | | |

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SECURE AXCESS, L.L.C., § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Case No.: 6:15-cv-212 | |
| § | | |
| FUJITSU NETWORK § | | |
| COMMUNICATIONS, INC., § | JURY TRIAL DEMANDED | |
| Defendant. § | | |

**ORDER DISMISSING DEFENDANT FUJITSU NETWORK COMMUNIATIONS, INC.**

Having considered Plaintiff Secure Axcess LLC's and Defendant Fujitsu Network Communications, Inc.'s ("Fujitsu") Joint Stipulation of Dismissal without Prejudice as to the claims asserted by Secure Axcess, it is hereby

ORDERED that Secure Axcess's claims against Fujitsu and any counterclaims asserted by Fujitsu against Secure Axcess are dismissed **without prejudice**, with each party to bear its own costs and attorneys' fees.

So ORDERED and SIGNED this 15th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE